**Raymond G. SIMPSON, Appellant,**

v.

**UNITED STATES, Appellee.**

**Nos. 2458–2463.**

Municipal Court of Appeals for the District of Columbia.

Argued Nov. 2, 1959.

Decided Dec. 3, 1959.

James T. Wright, Washington, D. C., with whom William C. Darden, Washington, D. C., was on the brief, for appellant.

John Jude O'Donnell, Asst. U. S. Atty., Washington, D. C., with whom Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee. Harry T. Alexander, Asst. U. S. Atty., Washington, D. C., also entered an appearance for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

A jury found appellant guilty on three counts of petit larceny and three counts of destroying private property. In his appeals, several errors are alleged. We have considered them carefully and find no error affecting substantial rights.

Affirmed.